No. 133. ZELLAN *v.* GIDDINGS. Certiorari de-

760

nied. *Harry Friedman* for petitioner. *Paul J. Sedgwick* for respondent.